IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                        Case No. 2:12-cr-94

Dennis Antonio Juarez Reyes
aka Victor Colon Rosario

ORDER

Defendant entered a guilty plea to Count 1 of the indictment before the magistrate judge on June 1, 2012. The court has since been advised that the transferor district neglected to forward a superseding indictment which had been returned against the defendant. The superseding indictment has now been filed. The report and recommendation (Doc. 19) previously entered in this case by the magistrate judge has been withdrawn. The magistrate judge is now recommending that the defendant be permitted to withdraw his guilty plea to Count 1 of the indictment, and that the matter be scheduled for a plea hearing to permit him to enter a guilty plea to Count 1 of the superseding indictment. The court hereby adopts this report and recommendation (Doc. 21). Defendant is granted leave to withdraw his guilty plea to Count 1 of the indictment. Defendant's arraignment on Count 1 of the superseding indictment will be scheduled before the magistrate judge.

Date: June 14, 2012                    s/James L. Graham
                                         James L. Graham
                                         United States District Judge